618

■ Argued September 20, 1983. William T. Cannon, appellant; Marianne E. Cox, Assistant District Attorney, for Commonwealth, appellee.

Before CIRILLO, JOHNSON and CERCONE, JJ.

Affirmed.

468 A.2d 854

Commonwealth v. Santos, Appellant.

Submitted October 4, 1983. Thomas G. Klingensmith, Assistant Public Defender, for appellant; Edward F. Browne, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, WIEAND and LIPEZ, JJ.

Judgment of sentence affirmed.

468 A.2d 854

Commonwealth v. Santos, Appellant.

Submitted September 21, 1983. Thomas G. Klingensmith, Assistant Public Defender, for appellant; Edward F. Browne, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before CIRILLO, JOHNSON and CERCONE, JJ.